IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SHANNON BAGGETT # 76777                                    PETITIONER

V.                                                                          1:05cv24-LG-RHW

LARRY GREER                                                     RESPONDENT

## FINAL JUDGMENT

This matter having come on to be heard on the Motion to Dismiss Pursuant to §2244(d) filed July 28, 2005. The Court, after a full review and consideration of the Motion, the Response, the pleadings, briefs and arguments of counsel and the relevant legal authority, finds that in accord with the memorandum opinion entered herewith,

**IT IS HEREBY ORDERED AND ADJUDGED,** that the Motion to Dismiss filed July 28, 2005, [15-1] should be and is hereby **GRANTED** and this cause is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 25th day of March, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE